# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>Plaintiff,<br><br>v.<br><br>LA SALSA FAMILY RESTAURANT DBA LA SALSA FRESH GRILL; and Does 1-10, Inclusive,<br><br>Defendants. | Case: 1:14-CV-00528-JLT<br><br>**ORDER GRANTING STIPULATION DISMISSING THE MATTER**<br><br>**(Doc. 19)** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **June 15, 2015**          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE